**Opinion issued August 27, 2013**



In The

# Court of Appeals

For The

# First District of Texas

———————

## NO. 01-12-01104-CV

———————

## IN RE BARRY DWAYNE MINNFEE, Relator

---

## Original Proceeding on Petition for Writ of Mandamus

---

## MEMORANDUM OPINION

By petition for writ of mandamus, relator, Barry Dwayne Minnfee, "prays that mandamus is enforced to answer appellant's brief filed 11/05/12" in cause no 01-12-00943-CV, *Barry Dwayne Minnfee v. Stephanie Proyer and Federal Bureau of Investigation*. However, cause number 01-12-00943-CV was dismissed for want of jurisdiction by this Court on February 26, 2013. *See Barry Dwayne Minnfee v. Stephanie Proyer and Federal Bureau of Investigation*, No. 01-12-

00943-CV (Tex. App.—Houston [1st Dist.] February 26, 2013, no pet.) (not designated for publication).  Because the appeal in which relator wishes to compel a response has been dismissed for want of jurisdiction, appellant's petition for writ of mandamus is moot.

We **dismiss** the petition for writ of mandamus as moot.  All pending motions are overruled as moot.

**PER CURIAM**

Panel consists of Chief Justice Radack and Justices Massengale and Sharp.